FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0041

IN THE SUPREME COURT OF THE STATE OFF MONTANA

CHRIS FANUZZI,

        Plaintiff/Appellant,

vs.

BLUEBIRD PROPERTY RENTALS,

        Defendant/Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Cause No. DA-24-0041

**ORDER DISMISSING APPEAL
WITHOUT PREJUDICE**

Upon motion of the Appellant, without objection, and for good cause shown, the above-captioned appeal is dismissed without prejudice and is remanded to the District Court for further proceedings.

Done this _____ day of _____, 2024

DATED this 15th day of February, 2024.

By:__/Josh Van de Wetering_____
Van de Wetering Law Offices, P.C.

ORDER DISMISSING APPEAL WITHOUT PREJUDICE
PAGE 1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of February, 2024, a true and correct copy of the foregoing document was served via efiling to the following:

Rick Landers
270 W. Cagy Blvd., Suite F
Bozeman, MT 59715

__/s/ *Josh Van de Wetering*_____
Van de Wetering Law Offices, P.C.

ORDER DISMISSING APPEAL WITHOUT PREJUDICE
PAGE 2